**No. 61907.**—Gimbel Bros., Inc., et al. *v.* United States, protests 146065–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 61908.**—Stern & Stern Textiles, Inc. *v.* United States, protests 276587–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (39 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.